IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 06-cv-00024 -ZLW-CBS

MODIS, INC.,

      Plaintiff,

v.

TIMOTHY GLENNIE and
BRIDGEVIEW IT, INC.,

      Defendants.

_____

ORDER
_____

      After consideration of the case file herein, I hereby exercise my discretion as a

senior judge to decline this case.  Therefore, it is

      ORDERED that this case is returned to the Clerk's office for reassignment to

another judge.

      Dated at Denver, Colorado, this __10__, day of January, 2006.

                BY THE COURT:

                *Zita L. Weinshienk*

                ZITA L. WEINSHIENK, Senior Judge
                United States District Court