IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06-cv-00024-WYD-CBS

MODIS, INC.,

     Plaintiff,

v.

TIMOTHY GLENNIE, and
BRIDGEVIEW IT, INC.,

     Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

     It is hereby **ORDERED** that the Unopposed Motion for Submission of Stipulated Protective Order (filed February 24, 2006; *doc. no. 27*) is **GRANTED**.

     In addition to FED.R.CIV.P. 26(c)(2), and D.C.COLOL.CIVR. 7.2 parties are **ORDERED** to comply with all applicable Federal Rules of Civil Procedure (FED.R.CIV.P.) and the Local Rules of Practice in the United States District Court for the District of Colorado (D.C.COLOL.CIVR.) regarding the execution of this protective order.

**DATED:**     February 28, 2006