IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06-cv-00024-WYD-CBS

MODIS, INC.,

      Plaintiff,

v.

TIMOTHY GLENNIE, and
BRIDGEVIEW IT, INC.,

      Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

      It is hereby **ORDERED** that Plaintiff's Motion for More Definite Statement in Count One of Defendants' Counterclaims (filed February 27, 2006; *doc. no. 29*) is **DENIED,** without prejudice, for failure to provide a certificate showing compliance with **D.C.COLOL.CIVR. 7.1A**. The Court is unable to determine to what extent the Plaintiff attempted to confer with opposing counsel and whether the motion is opposed or unopposed.

**DATED:**    March 3, 2006