IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-00024-WYD-CBS

MODIS, INC.,

    Plaintiff(s),

v.

TIMOTHY GLENNIE; and
BRIDGEVIEW IT, INC.,

    Defendant(s).

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Plaintiff's Unopposed Motion to Vacate March 22, 2006, Hearing on Plaintiff's Motion for Preliminary Injunction, filed March 16, 2006, is **GRANTED**.

    Dated:  March 16, 2006

                                        s/ Michelle M. Merz
                                        Law Clerk to
                                        Wiley Y. Daniel
                                        U. S. District Judge